The Supreme Court docket number is SC 18393.

*David S. Hardy* and *Anthony M. Fitzgerald*, in support of the petition.

Decided June 25, 2009

SHAWNA L. CASPER *v.* WATERBURY HOSPITAL HEALTH CENTER

The plaintiff's petition for certification for appeal from the Appellate Court, 114 Conn. App. 901 (AC 29809), is denied.

*Eddi Z. Zyko*, in support of the petition.

*Trudie Ross Hamilton* and *Lauren J. Taylor*, in opposition.

Decided June 25, 2009

SUZANNE BARBER *v.* NELSON BARBER

The plaintiff's petition for certification for appeal from the Appellate Court, 114 Conn. App. 164 (AC 29853), is denied.

*Donald A. Mitchell*, in support of the petition.

*James Ryan Mulvey*, in opposition.

Decided June 25, 2009

CHARLES D. GIANETTI *v.* FORTIS INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.